IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SHERRY HINES,

    Plaintiff,

vs.                                  CASE NO.: 4:08cv322-SPM/WCS

PRESBYTERIAN RETIREMENT
COMMUNITIES, INC.,

    Defendant.

_____/

## ORDER OF DISMISSAL

Pursuant to the Mediation Report (doc. 19) advising that this case has settled, and Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1.    This case is dismissed with prejudice.

2.    The Court retains jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this 16th day of December, 2008.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        United States District Judge